IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

PETER PRINCE                              *

    Plaintiff

vs.                                       *   Cvil Action No. JFM 00CV2959

LANKFORD BAY MARINA, INC.,                *
et al
                                          *
    Defendants
                                          *

## STIPULATION OF EXTENSION OF TIME

Plaintiff, Peter A. Prince, by his undersigned counsel, and Defendant Thern, Inc., by its undersigned counsel, pursuant to Fed. R. of Civ. Pro. 6(b) hereby file this Stipulation of Extension of Time and state:

1. Plantiff, Peter A. Prince, by his undersigned counsel and Defendant Thern, Inc., by its undersigned counsel, do hereby stipulate and agree that the time for Defendant Thern, Inc. to file a responsive pleading to Plaintiff's Complaint is extended until on or before November 10, 2000.

SO STIPULATED:

                                      _SEE ATTACHED_
                                      Francis A. Sauer
                                      The Mercantile Towson Building
                                      409 Washington Avenue, Suite 1010
                                      Towson, MD 21204



_____
John H. West, III
West & Moore, LLC
The Mercantile Towson Building
409 Washington Avenue, Suite 1010
Towson, MD 21204
Attorneys for Plaintiff


_____
J. Paul Mullen, Fed. Bar No. 00096
Christopher M. Erwin, Fed. Bar No. 11748
Lord & Whip, P.A.
800 One Center Plaza
120 W. Fayette Street
Baltimore, MD 21201
(410) 539-5881
Attorneys for Defendant, Thern, Inc.


SO ORDERED:


_____
J. Frederick Motz, Chief Judge
United States District Court for the
District of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PETER PRINCE | * |
| Plaintiff | * |
| vs. | * Cvil Action No. JFM 00CV2959 |
| LANKFORD BAY MARINA, INC., et al | * |
| | * |
| Defendants | * |

## CERTIFICATE OF SERVICE

I, Christopher M. Erwin, do hereby certify that on this ___ day of October_____, 2000, a copy of the Stipulation of Extension was mailed, first class mail, postage prepaid, to: Francis A. Sauer, Esquire, The Mercantile Towson Building, 409 Washington Avenue, Suite 1010, Towson, MD 21204; John H. West, III, West & Moore, LLC, The Mercantile Towson Building, 409 Washington Avenue, Suite 1010, Towson, MD 21204; Dante Mattioni, Esquire, Mattioni, Ltd., 399 Market Street, 2nd Floor, Philadelphia, PA 19106, attorneys for Plaintiff; and Leona C. Edwards, Resident Agent, Lankford Bay Marina, Inc., 23002 McKinleyville Road, Rock Hall, MD 21661.

*[signature]*
Christopher M. Erwin, Fed. Bar No. 11748
Lord & Whip, P.A.
800 One Center Plaza
120 W. Fayette Street
Baltimore, MD 21201
(410) 539-5881
Attorneys for Defendant, Thern, Inc.

212448.1