IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV 27 P 3: 08

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| PETER PRINCE | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. JFM 00CV2959 |
| LANKFORD BAY MARINA, INC., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion for Stay filed in the subject action, by Defendant, Thern, Inc., it is this _27th_ day of _November_, 2001, **HEREBY** ordered, that the Motion be, and is hereby, **GRANTED**, and this matter is stayed for a period of sixty (60) days from May 29, 2001, or such additional time as the Rehabilitator may request.

_____
JUDGE, United States District Court for
The District of Maryland

Copies to:

Francis A. Sauer, Esquire
John H. West, Esquire
West & Moore, LLC
409 Washington Avenue
Suite 1010
Baltimore, Maryland 21204



David R. Kinsley, Esquire
Law Office of John Sheldon
201 North Charles Street
Suite 1500
Baltimore, Maryland  21201

J. Paul Mullen, Esquire
Christopher Michael Erwin, Esquire
Lord & Whip, P.A.
800 One Center Plaza
120 West Fayette Street
Baltimore, Maryland  21201-3700

226628