IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

PETER PRINCE                          *

    Plaintiff                         *

vs.                                   *      Civil Action No. JFM 00CV2959

LANKFORD BAY MARINA, INC.,            *
et al
                                      *
    Defendants
                                      *

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of Defendant Thern, Inc.'s Motion to Lift Stay, it is this 11th day of December 2001, HEREBY

ORDERED, that the Motion to Lift Stay is hereby, GRANTED, and this matter shall proceed forward as to all parties.

_____
JUDGE
United States District Court for
The District of Maryland