Case 1:00-cv-02959-JFM    Document 18    Filed 07/26/2002    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PETER PRINCE | * |
| v. | * Civil No. JFM-00-2959 |
| LANKFORD BAY MARINA, INC., ET AL. | * |

ORDER

Counsel having advised the court by a letter dated July 23, 2002 (a copy of which is attached) that they have agreed to the dismissal of Thern, Inc., from this case and that plaintiff and the remaining defendant, Lankford Bay Marina, Inc., have agreed to submit the case to binding arbitration (subject to an appeal only on the question of whether or not admiralty law applies to the case), it is, this 25th day of July 2002

ORDERED

1. Thern, Inc., is dismissed as a defendant; and

2. This case is administratively closed, subject to being reopened upon the request of either party within 45 days of the entry of the arbitrator's decision.

_____
J. Frederick Motz
United States District Judge